UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BOBBY LEE FAIR, JR.,

    Plaintiff,

v.                                                                                       Case No. 5:14cv83/RV/CJK

MARCELLUS TAYLOR, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

    On January 30, 2015, this court entered an order directing plaintiff to file an amended civil rights complaint. (Doc. 20). Plaintiff was directed to file the amended complaint within thirty days and was warned that a failure to do so would result in a recommendation that this case be dismissed. (*Id.*). To date, plaintiff has not filed an amended complaint and has not responded to the court's March 6, 2015 Order (doc. 21), requiring him to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court.

    Accordingly, it is respectfully RECOMMENDED:

    1.    That this case be DISMISSED without prejudice for plaintiff's failure to comply with an order of the court.

    2.    That the clerk be directed to close the file.

At Pensacola, Florida this 25th day of March, 2015.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**


NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).